

## RECONSIDERATION OF PRIOR DECISIONS

**2004–0753.   Pillo v. Stricklin.**
Stark App. No. 2003CA00212, 2004-Ohio-1570. Reported at 104 Ohio St.3d 637, 2005-Ohio-184, 821 N.E.2d 187. On motion for reconsideration. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**2004–1817.   State v. Jaworski.**
Ottawa App. No. OT–03–047, 2004-Ohio-5242. Reported at 105 Ohio St.3d 1438, 2005-Ohio-531, 822 N.E.2d 810. On motion for reconsideration. Motion denied.

LANZINGER, J., not participating.

**2004–1882.   Carrick v. Bennett.**
Summit App. No. 21962, 2004-Ohio-4949. Reported at 105 Ohio St.3d 1439, 2005-Ohio-531, 822 N.E.2d 811. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *April 14, 2005*

[Cite as *04/14/2005 Case Announcements,* 2005-Ohio-1731.]

## MISCELLANEOUS DISMISSALS

**2005–0276.   Hollinger v. Keybank Natl. Assn.**
Summit App. No. 22147, 2004-Ohio-7182. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2005–0424.   State ex rel. Sandusky Cty. Bd. of Cty. Commrs. v. Culbert.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0598.   Fridley v. Columbiana Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–M–1230.